**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**UNITED STATES OF AMERICA,**

       **Plaintiff,**

     **vs.**                           **CASE NO.:  2:11-cr-186(2)**
                                          **JUDGE SMITH**
                                          **MAGISTRATE JUDGE DEAVERS**

**DAYEN MELENDREZ-MURGUIA,**

       **Defendant.**


## ORDER

On March 6, 2012, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Dayen Melendrez-Murguia's guilty plea to Count One of the Indictment charging her with Conspiracy to Distribute more than 100 grams of heroin in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B)(i) and 846.

Defendant, represented by counsel, waived her right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of her right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS**
Defendant's plea of guilty to Count One of the Indictment.  Defendant is hereby adjudged guilty of
Conspiracy to Distribute more than 100 grams of heroin in violation of 21 U.S.C. §§ 841(a)(1),
(b)(1)(B)(i) and 846.

     **IT IS SO ORDERED.**

                               */s/ George C. Smith*
                               **GEORGE C. SMITH, JUDGE**
                               **UNITED STATES DISTRICT COURT**